UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :
                                                MISDEMEANOR
        - v. -                    :             INFORMATION

YONJO QUIROA,                     :             12 Cr.

                   Defendant.     :

                                  :

- - - - - - - - - - - - - - - - - - - x

12 CRIM 582

## COUNT ONE

The United States Attorney charges:

From at least in or about February 2010, up to and including in or about January 2012, in the Southern District of New York and elsewhere, YONJO QUIROA, the defendant, willfully and knowingly did infringe a copyright for purposes of commercial advantage and private financial gain, to wit, QUIROA distributed copyright-protected sporting event telecasts and Pay-Per-View events over the Internet without the authorization of the rightful copyright owners for personal profit.

   (Title 17, United States Code, Section 506(a)(1)(A); Title 18,
             United States Code, Section 2319(b)(3).)

                                        /s/ Preet Bharara
                                        _____
                                        PREET BHARARA
                                        United States Attorney



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 01 2012