# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/12

August 16, 2012

**BY FACSIMILE**

Honorable Ronald L. Ellis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED AUG 17 2012

Re: **United States v. Yonjo Quiroa**
    12 Cr. 582 (RLE)

Dear Judge Ellis,

I write on behalf of my client Yonjo Quiroa to confirm that the Court granted my request to proceed to sentencing without a presentence investigation and presentence report.

Following Mr. Quiroa's guilty plea on August 1, 2012, I requested that the Court schedule an expedited sentencing and proceed to sentencing without a presentence investigation and report. Mr. Quiroa was arrested on February 1, 2012 and has been detained without bail since that date. He pled guilty pursuant to a plea agreement in which the parties agree that the applicable guidelines range is 6-12 months. He was arrested in Michigan, where he resided, and thus there can be no home visit or other investigation conducted here in the Southern District of New York. Mr. Quiroa will be removed from the United States following his service of his sentence in this case. In light of these facts, the guidelines do not recommend a term of supervised release, so it is unlikely that the probation department ever will be required to supervise Mr. Quiroa.

Mr. Quiroa has waived any rights to a presentence investigation and report. The government did not object to proceeding to sentencing without a presentence investigation or report. The Court granted my request and scheduled Mr. Quiroa's sentencing for September 4. I respectfully request that the Court "So Order" this letter

Hon. Ronald L. Ellis  August 16, 2012
United States Magistrate Judge  Page 2

Re: United States v. Yonjo Quiroa
    12 Cr. 582 (RLE)

so that the probation department has a record of the Court's decision to proceed to sentencing without a presentence investigation and presentence report.

      Thank you for your time and attention to this matter.

                          Respectfully submitted,

                          Peggy Cross-Goldenberg
                          Attorney for Mr. Quiroa
                          212-417-8732

                SO ORDERED:

                _____ 8-26-12

                **HONORABLE RONALD L. ELLIS**
                United States Magistrate Judge

Cc: AUSA Andrea Surratt (via email)
    USPO Selwyn Foderingham (via email)